Form B6
(6/90)

FILED
ORLANDO
FLORIDA

# United States Bankruptcy Court
# Middle District of Florida
# Orlando Division

2003 FEB 19 A 10: 21

U.S. BANKRUPTCY COURT
MIDDLE DISTRICT
OF FLORIDA

In re   Michael Knapp

Case No

Chapter   7

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 16,226.84 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 8,954.29 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 27,668.13 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,357.42 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 2,642.16 |
| Total Number of sheets in ALL Schedules | | 14 | | | |
| | | Total Assets | $ 16,226.84 | | |
| | | | Total Liabilities | $ 36,622.42 | |

FORM B6A
(6/90)

In re: **Michael Knapp**                                                              Case No. _____
               Debtor                                                                                                  (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules)

FORM B6B
(10/89)

In re **Michael Knapp**                                             Case No. _____
           Debtor                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1 Cash on hand | X | | | |
| 2 Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives | | **Wachoiva checking account** | | **50.00** |
| 3 Security deposits with public utilities, telephone companies, landlords, and others | X | | | |
| 4 Household goods and furnishings, including audio, video, and computer equipment | | **livingroom set, diningroom set, kitchen table and chairs, bedroom sets, tvs, vcrs, stereo, washer, dryer, refrigerator, microwave, small appliances, misc kitchenware, books, pictures, art objects, records, tapes, compact disc, lawnmowers, computer, webtv, tool sheds** | | **620.00** |
| 5 Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles | X | | | |
| 6 Wearing apparel | | **clothing** | | **50.00** |
| 7 Furs and jewelry | X | | | |
| 8 Firearms and sports, photographic, and other hobby equipment | X | | | |
| 9 Interests in insurance policies Name insurance company of each policy and itemize surrender or refund value of each | X | | | |
| 10 Annuities Itemize and name each issuer | X | | | |
| 11 Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans Itemize | | **IRA** | | **2,474.42** |
| | | **pension** | | **532.42** |
| 12 Stock and interests in incorporated and unincorporated businesses Itemize | X | | | |
| 13 Interests in partnerships or joint ventures Itemize | X | | | |

FORM B6B
(10/89)

In re **Michael Knapp**                                          Case No. _____
           Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14 Government and corporate bonds and other negotiable and nonnegotiable instruments | X | | | |
| 15 Accounts receivable | X | | | |
| 16 Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled  Give particulars | X | | | |
| 17 Other liquidated debts owing debtor including tax refunds  Give particulars | X | | | |
| 18 Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property | X | | | |
| 19 Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust | X | | | |
| 20 Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims  Give estimated value of each | X | | | |
| 21 Patents, copyrights, and other intellectual property  Give particulars | X | | | |
| 22 Licenses, franchises, and other general intangibles  Give particulars | X | | | |
| 23 Automobiles, trucks, trailers, and other vehicles and accessories | | 1994 Chrysler Concord VIN# 2CDEL56T8RH299841 Mileage 71,230 | J | 2,500.00 |
| | | 1998 Ford Contour VIN# 1FAFP66L2WK226960 Mileage 57,003 | | 10,000.00 |
| 24 Boats, motors, and accessories | X | | | |
| 25 Aircraft and accessories | X | | | |
| 26 Office equipment, furnishings, and supplies | X | | | |

FORM B6B
(10/89)

In re **Michael Knapp**                                             Case No. _____
           Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27 Machinery, fixtures, equipment and supplies used in business | X | | | |
| 28 Inventory | X | | | |
| 29 Animals | X | | | |
| 30 Crops - growing or harvested  Give particulars | X | | | |
| 31 Farming equipment and implements | X | | | |
| 32 Farm supplies, chemicals, and feed | X | | | |
| 33 Other personal property of any kind not already listed  Itemize | X | | | |
| | | _2_  continuation sheets attached | Total | $ 16,226.84 |

(Include amounts from any continuation sheets attached  Report total also on Summary of Schedules )

FORM B6C
(6/90)

In re  Michael Knapp_____ , Case No. _____
　　　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐ 11 U.S.C § 522(b)(1)　　Exemptions provided in 11 U S C § 522(d).　　Note: These exemptions are available only in certain states.

☒ 11 U S C § 522(b)(2)　　Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY, WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 1994 Chrysler Concord VIN# 2CDEL56T8RH299841 Mileage 71,230 | Art. 10 § 4(a)(2), FSA § 222.061 | 1.00 | 2,500.00 |
| 1998 Ford Contour VIN# 1FAFP66L2WK226960 Mileage 57,003 | FSA § 222.25(1) | 1,000.00 | 10,000.00 |
| clothing | Art. 10 § 4(a)(2), FSA § 222.061 | 50.00 | 50.00 |
| IRA | FSA § 222.21(2) | 2,474.42 | 2,474.42 |
| livingroom set, diningroom set, kitchen table and chairs, bedroom sets, tvs, vcrs, stereo, washer, dryer, refrigerator, microwave, small appliances, misc kitchenware, books, pictures, art objects, records, tapes, compact disc, lawnmowers, computer, webtv, tool sheds | Art. 10 § 4(a)(2), FSA § 222.061 | 620.00 | 620.00 |
| pension | FSA § 222.21(2) | 532.42 | 532.42 |
| Wachoiva checking account | Art. 10 § 4(a)(2), FSA § 222.061 | 50.00 | 50.00 |

FORM B6D
(6/90)

In re: Michael Knapp _____ , Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO  0072518800311 Independent Bank 5050 Poplar, #12 Memphis, TN 38157 | | | Security Agreement 1998 Ford Contour VIN# Mileage  VALUE $10,000.00 | | | | 8,954.29 | 0.00 |

0 Continuation sheets attached

Subtotal (Total of this page)  $8,954.29

Total (Use only on last page)  $8,954.29

(Report total also on Summary of Schedules)

B6E
(Rev 4/98)

In re   **Michael Knapp**                                                                                   Case No
                           Debtor                                                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief  11 U S C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S.C § 507(a)(3)

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U S C § 507(a)(4)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U S C § 507(a)(5)

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided   11 U S C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S C § 507(a)(7)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U S C § 507(a)(8)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U S C. § 507(a)(9)

☐ **Other Priority Debts**

   * Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment

<u>1</u>  Continuation sheets attached

FORM B6E - Cont
(10/89)

In re **Michael Knapp** , Case No _____
          Debtor           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO | | | | | | | | |

Sheet no 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal (Total of this page)    $0.00

Total (Use only on last page of the completed Schedule E)    $0.00

(Report total also on Summary of Schedules)

FORM B6F (Official Form 6F) - (9/97)

In re: **Michael Knapp**                                                      , Case No. _____
         Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO 4319041011213305 <br> Bank of America <br> PO Box 30770 <br> Tampa, FL 33630 | | | merchandise purchases | | | | unknown |
| ACCOUNT NO 4226910023848393 <br> Chase <br> PO Box 19886 <br> Wilmington, DE 19886 | | | merchandise purchases <br> 5923504449000611 | | | | 9,640.15 |
| ACCOUNT NO 5424180304776302 <br> Citi Cards <br> PO Box 8112 <br> S. Hackensack, NJ 07606 | | | merchandise purchases | | | | 5,072.55 |
| ACCOUNT NO 6011298721901522 <br> Discover <br> PO Box 15251 <br> Wilmington, DE 19886 | | | merchandise purchases | | | | 394.10 |
| ACCOUNT NO 4366161021895966 <br> First USA Bank <br> PO Box 15153 <br> Wilmington, DE 19886 | | | merchandise purchases <br> 441712869036 | | | | 8,226.66 |

<u>1</u>  Continuation sheets attached

Subtotal  $23,333.46

Total

FORM B6F - Cont
(10/89)

In re: **Michael Knapp**                                                      , Case No. _____
         Debtor                                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO  5467020002025192<br>Household Credit Svc<br>PO Box 5222<br>Carol Stream, IL 60197 | | | merchandise purchases | | | | 4,334.67 |
| ACCOUNT NO  82221100034145<br>Lowe's<br>PO Box 105981<br>Dept 79 | | | merchandise purchases | | | | unknown |
| ACCOUNT NO  6032203420270802<br>Walmart<br>PO Box 960023<br>Orlando, FL 32896 | | | merchandise purchases | | | | unknown |

Sheet no 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **$4,334.67**

Total (Use only on last page of the completed Schedule F.)   **$27,668.13**

(Report also on Summary of Schedules)

Form B6G
(10/89)

In re: **Michael Knapp** _____ Case No. _____
                            Debtor                                                          (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H
(6/90)

In re: **Michael Knapp**                                                , Case No. _____
         Debtor                                                                      (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

FORM B6I
(6/90)

In re **Michael Knapp**, Case No. _____
          Debtor                                         (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status **Widower** | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Debtor's Age **76** <br> Spouse's Age | NAMES <br> **None** | AGE | RELATIONSHIP |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retired** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ |
| Estimated monthly overtime | $ 0.00 | $ |
| SUBTOTAL | $ 0.00 | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a  Payroll taxes and social security | $ 0.00 | $ |
| b  Insurance | $ 0.00 | $ |
| c. Union dues | $ 0.00 | $ |
| d  Other (Specify) _____ | $ 0.00 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ |
| Income from real property | $ 0.00 | $ |
| Interest and dividends | $ 0.00 | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ |
| Social security or other government assistance (Specify) **Social Security** | $ 825.00 | $ |
| Pension or retirement income | $ 532.42 | $ |
| Other monthly income (Specify) _____ | $ 0.00 | $ |
| TOTAL MONTHLY INCOME | $ 1,357.42 | $ |

TOTAL COMBINED MONTHLY INCOME          $ 1,357.42          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:          **NONE**

Form B6J
(6/90)

In re   **Michael Knapp**                                                                 ,   Case No.
         Debtor                                                                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| Item | Amount |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,357.00 |
| Are real estate taxes included?    Yes ___   No ✓ | |
| Is property insurance included?    Yes ___   No ✓ | |
| Utilities   Electricity and heating fuel | $ 125.00 |
| Water and sewer | $ 20.00 |
| Telephone | $ 40.00 |
| Other   Internet Svc. & Cable TV | $ 70.00 |
| Home maintenance (repairs and upkeep) | $ 100.00 |
| Food | $ 150.00 |
| Clothing | $ 20.00 |
| Laundry and dry cleaning | $ 0.00 |
| Medical and dental expenses | $ 250.00 |
| Transportation (not including car payments) | $ 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc | $ 35.00 |
| Charitable contributions | $ 20.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 32.61 |
| Life | $ 40.00 |
| Health | $ 10.00 |
| Auto | $ 79.62 |
| Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 192.93 |
| Other | $ 0.00 |
| Alimony, maintenance or support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other | $ 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ 2,642.16** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

A  Total projected monthly income                                    $ _____
B  Total projected monthly expenses                                  $ _____
C. Excess income (A minus B)                                         $ _____
D  Total amount to be paid into plan each _____   $ _____
                                                 (interval)

In re.  **Michael Knapp**  Case No.
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

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **14** sheets plus the summary page, and that they are true and correct to the best of my knowledge, information, and belief

Date  2-11-03                        X Signature  *Michael Knapp*
                                              Michael Knapp
                                     [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

Penalty for making a false statement or concealing property  Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U S C §§ 152 and 3571